263 So.2d 722

Dann SMITH et al.,

v.

William E. DUNN, Louisiana Chief
Parole Officer, et al.

No. 52602.

June 29, 1972.

The petition of the relators in the above
entitled and numbered case having been
duly considered,

It is ordered that a writ of certiorari
issue herein, directing the Honorable John
S. Covington, Judge of the Nineteenth Judicial District Court for the Parish of East
Baton Rouge, to transmit to the Supreme
Court of Louisiana, on or before the 10th
day of October, 1972, the record in duplicate, or a certified copy of the record in
duplicate, of the proceedings complained of
by the relators herein, to the end that
the validity of said proceedings may be
ascertained.

It is further ordered that the aforesaid
Judge of said Court and the respondents
through counsel shall show cause, in this
court, on the date aforesaid, at 11 o'clock
A.M., why the relief prayed for in the
petition of the relators should not be
granted.